# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN M. ROCK
SENIOR ASSOCIATE

EMMA J. COLE
LEGAL ASSISTANT

January 8, 2020

**Via ECF**
Hon. Andrew L. Carter
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-20

Re: **United States v. Kushtrim Demaj (Case No. 16-CR-00289)**

Dear Judge Carter,

This letter is to respectfully request that Kushtrim Demaj be permitted to surrender to the Bureau of Prisons on February 3, 2020. Mr. Demaj was sentenced by Your Honor on July 11, 2019 to a term of imprisonment of one year and one day and ordered to surrender on January 13, 2020. As of today, Mr. Demaj has not been formerly designated and given the length of his sentence, we prefer to avoid his surrender to the MDC and then having to be transferred to another facility. I have been in contact with Assistant United States Attorney Drew Skinner who has also checked on the designation. While it appears that Mr. Demaj may have been designated to the MDC, we are not certain of this. When Mr. Demaj met with his pre-trial officer last week, he was told that he had not been designated.

The three-week period we request will permit us to resolve this issue so that Mr. Demaj can surrender to the facility he will serve his sentence at and not be deprived of whatever programs may be available to him if he is in transit. Additionally, and from a personal standpoint, Mr. Demaj's youngest son will celebrate his eleventh birthday on January 27, 2020. Mr. Demaj is very close to his children and his impending absence will certainly be difficult for them and his young son in particular. It would mean a lot to this family for Mr. Demaj to be able to celebrate his son's birthday prior to his surrender.

I have consulted with the government concerning this request and the government has no objection.

Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

C.C.  Drew Skinner,
       *Assistant United States Attorney*

       Winter Pascual,
       *U.S. Pretrial Services Officer*

The application is granted. Mr. Demaj shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on February 3, 2020. So Ordered.

Andrew T Carter
1-13-20