USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-12-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :

    - v. -                    :     **ORDER**

KUSHTRIM DEMAJ,                :     S3 16 Cr. 289 (ALC)

    Defendant.                :

- - - - - - - - - - - - - - - X

WHEREAS, on April 25, 2016, the Honorable Judge Frank Maas, Magistrate Judge, Southern District of New York, ordered KUSHTRIM DEMAJ (the "Defendant") held on $250,000 Personal Recognizance Bond and further secured by $10,000 cash, among other things;

WHEREAS, on or about May 4, 2016, the defendant personally posted $10,000 cash bail (the "Bail Funds") toward a $250,000 court-ordered personal recognizance bond, and the Bail Funds remain on deposit with the Clerk of Court (receipt number 465401151881);

WHEREAS, on or about June 21, 2017, the Defendant pled guilty to Count One of the Indictment, S3 16 Cr. 289 (ALC), and admitted the forfeiture allegation with respect to Count One of the Indictment, pursuant to a plea agreement with the Government, and agreed to forfeit a sum of money equal to $113,000.00 in United States currency, representing the amount

of proceeds the defendant obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment;

WHEREAS, on or about June 23, 2017, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgement imposing a money judgment in the amount of $113,000.00 in United States currency against the Defendant(the "Money Judgment"); and

WHEREAS, on or about March 6, 2020, the Government moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of the Defendant's Money Judgment;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States in the form of a check payable to the U.S. Customs and Border Protection which shall reference the Defendant's name and case number, and be delivered to the United States Attorney's Office, One St. Andrew's Plaza, New York, NY, Attn: Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprise Unit.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, the United States Customs and Border Protection shall be authorized to deposit the Bail Funds, as a payment on the Money Judgment, in the Treasury Assets Forfeiture Fund, and

the United States shall have clear title to such forfeited property.

3. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprise Unit, One St. Andrews Plaza, New York, New York, 10007.

SO ORDERED:

_____      __3-11-20__
HONORABLE Andrew L. Carter              DATE
United States District Judge