**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

**UNITED STATES OF AMERICA,**                       :
                                                    :
                                                    :
             **-v.-**                               :        **16-cr-00289 (ALC)**
                                                    :
                                                    :        **ORDER**
**KUSHTRIM DEMAJ,**                                 :
                                                    :
                            **Defendant.**          :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

     A Telephone Status Conference is set for **April 2, 2020 at 2:00 PM**. The parties

should contact the Court at 1-888-363-4749 on the date and time specified above and once

prompted, should dial the conference code 3768660.

**SO ORDERED.**


**Dated:**       **April 1, 2020**
                 **New York, New York**

                                          _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**