USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/24/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

   **UNITED STATES OF AMERICA**       :
                                                          :
                                                          :
              **-against-**                  :      **16-CR-289 (ALC)**
                                                           :      <u>**ORDER**</u>
                                                           :
   **KUSHTRIM DEMAJ,**                 :
                                                           :
                            **Defendants.**  :
                                                             :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

A Telephone Hearing is set for **June 26, 2020** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: June 24, 2020**
       **New York, New York**

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**