USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

KUSHTRIM DEMAJ,

                Defendant.

------------------------------------------------------------------- x

16-CR-289 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Hearing is set for **June 29, 2020** at **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            June 26, 2020

_____
**ANDREW L. CARTER, JR.
United States District Judge**