**JEFFREY P. CHARTIER, ESQ.**
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 • (718) 518-0674
E-Mail: JPCESQ@HOTMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/16/21

December 7, 2021

Via ECF /Email:
ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

        Re: <u>USA v. Demaj et al</u>
           1:16-cr-00289-ALC
           Kushtrim Demaj - Request To Travel

Dear Judge Carter:

  I represent Kushtrim Demaj in the aforementioned case. Mr. Demaj is seeking permission to travel with his wife to Turkey and Germany for vacation purposes January 9, through January 30, 2022.

  I have communicated with AUSA Drew Skinner who has indicated that he takes no position to this request and U.S. Probation Officer Christina Alexander, has no objection.

  Thank you for your time and consideration to this request.

           Respectfully submitted,
            /s/
           JEFFREY P. CHARTIER

JPC/cs

cc: AUSA Drew Skinner - Via ECF

  USPO Christina Alexander - Via Email
  christina_alexander@nysp.uscourts.gov

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
12/16/21